UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

CHARLES GLENN

CASE NO. 23-cr-00112-PB-AJ

**Affidavit in Support of**
**Motion to Suppress Evidence**

Under oath, I, Charles Glenn, depose and state that to the best of my knowledge:

1. I am the defendant in the above-entitled matter.
2. I have listened to the recordings of jail calls and identified my voice on recordings of conversations between myself and Attorney [redacted] M[redacted]
3. I did not consent to the calls being recorded.
4. On or about August 17, 2020, I made a request to register Atty. M[redacted] and 603-[redacted] as my attorney.
5. My lawyer told me the calls were not being recorded.
6. I make this statement pursuant to the protections afforded by *United States v. Simmons*, 390 U.S. 377, 394 (1968).

Signed under the penalties of perjury this 27 day of August 2024.

CHARLES GLENN