Reset Form

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States
Plaintiff(s)/United States

v.

Case No. 23-cr-00112-PB-AJ

Charles Glenn
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Defendant, Charles Glenn has conventionally filed the following attachment or exhibit: Ex. No. 1: Inmate Request
.

This attachment or exhibit has not been filed electronically because:

it contains the name and phone number of Victim #1

Date: 09/03/2024

/s/ Mark W. Shea
Mark W. Shea
558319 (Massachusetts)
Shea & LaRocque LLP
88 Broad Street, Suite 101
Boston MA 02110
(617) 577-8722
markwshea@shearock.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

David B. Joyce
Special Atty. to the U.S. Atty. Gen'l
c/o U.S. Attorney's Office - District of Maine
100 Middle Street
6th Floor, East Tower
Portland ME 04101

Date: 09/03/2024

/s/ Mark W. Shea

Mark W. Shea
558319 (Massachusetts)
Shea & LaRocque LLP
88 Broad Street, Suite 101
Boston MA 02110
(617) 577-8722
markwshea@shearock.com