Redacted

THE STATE OF NEW HAMPSHIRE

MERIMACK, SS SUPERIOR COURT

Docket No. 217-2022-CV-01119

Charles Glenn

v.

NH DOC, et al.

**AFFIDAVIT OF JAMES AZZARA**

My name is James Azzara and I hereby submit this affidavit under the pains and penalties of perjury.

1. My name is James Azzara and I was employed by the State of New Hampshire Department of Corrections ("DOC") from approximately July 2000 to December 2022.
2. My most-recent title with the DOC was Chief Investigator III.
3. My job duties as a Chief Investigator III included investigating reports of criminal activity within the DOC, which on occasion included reviewing phone calls by residents.
4. Under DOC policy and procedure, residents of the NH DOC are required to submit the attorney phone numbers through an inmate request slip or through their tablet in order to ensure that their attorney phone calls are not being recorded. I have also assisted GTL in confirming whether phone numbers are correctly attributed to an attorney.
5. I reviewed the recording of the phone call made by Charles Glenn to phone number 617-335-Redacted on December 1, 2020, after Redacted MRedacted reported that Mr. Glenn threatened to kill her children during the call.
6. The number, 617-335-Redacted, was not listed by Charles Glenn as an attorney number. Therefore, the call was recorded.
7. In responding to this incident, I prepared a disciplinary report (attached as Exhibit B).
8. The following is an accurate transcription of the phone call made by Charles Glenn to phone number 617-335-Redacted on December 1, 2020:

[Inaudible]

[dialing sound]

GOVERNMENT EXHIBIT

1

*Your current balance is ten dollars, 57 cents. Please ent---*

[sound of dialing]

*Please hold. Please wait while your call is being connected.*

[ringing]

*Please hold. Hello, this is a pre-paid debit call from ---. This is a call from an inmate at the New Hampshire Department of Corrections. To accept---*

*This call is from a corrections facility and is subject to monitoring and recording.*

*Thank you for using Global Telelink!*

M Redacted Good morning I am with a client. I will see you on Thursday.

Glenn: You told me-- I thought it was at 8:30.

M Redacted Yeah the hearing's at 8:30. I need to prep with my client now, which is what I told your sister.

Glenn: She's not your fucking message service. You can tell me yourself alright. [*inaudible*] looking like shit neither. If you're unpresentable you can leave. I know you like to dress down for your clients. You don't meet with their families. You don't---

M Redacted I am withdrawing from your case. I am done with you.

Glenn: Whatever fuck yourself. I'm going to get one of your kids killed. That's good for you. Go fuck yourself. Watch who wins in the end you dumb bitch.

9. The phone call duration was 1 minute, 36 seconds.
10. The recording of this phone call accurately reflects what the residents hear when they make outgoing calls. Therefore, the warning "*This call is from a corrections facility and is subject to monitoring and recording*" was audible to Mr. Glenn just like all of the audio in this recording.
11. Both the disciplinary report and the recording of the phone call are kept as normal business records with the DOC.

I declare under penalty of perjury that the foregoing is true and correct.

James Azzara

STATE OF NEW HAMPSHIRE,
COUNTY OF Hillsborough

Personally appeared before me the above-named JAMES AZZARA on this 8 day of May, 2023, and made an oath that the foregoing statements by him are true to the best of his knowledge and belief.

Before me,

Notary Public/Justice of the Peace