OMS Offender Management System

# Inmate Request

**Today's Date:** 3/14/23 13:40

| | |
|---|---|
| **Name:** | **GLENN, CHARLES** |
| **Booking #:** | **NH-0006442** |
| **Permanent #:** | **00-07377** |
| **Reference #:** | 20-00000000097355 |
| **Date Requested:** | 08/17/20 13:53 |
| **Request Type:** | Phone Support |
| **Requested By:** | Tablet / Flex Link |
| **Request Details:** | Can you please regester my new attorney number its 603 722 4956. My attorny is [redacted] m [redacted] Thank you. Part of the new hampshire bar association.. Thank you. |
| **Disposition:** | Closed |
| **Officer:** | |
| **Disposition Date:** | |

**Request Responses**

| Date | Author | Note |
|---|---|---|
| 08/18/20 09:52 | lstone | Added Attorney as private. |

GOVERNMENT EXHIBIT

3

OMS Offender Management System

# Inmate Request

Today's Date: 3/14/23 13:40

**Name:** GLENN, CHARLES
**Booking #:** NH-0006442
**Permanent #:** 00-07377

**Reference #:** 20-00000000102294
**Date Requested:** 10/04/20 11:02
**Request Type:** Phone Support
**Requested By:** Tablet / Flex Link

**Request Details:** Please clear my phone list

**Disposition:** Closed
**Officer:**
**Disposition Date:**

**Request Responses**

| Date | Author | Note |
|---|---|---|
| 10/05/20 10:14 | lstone | Cleared call list. |

OMS Offender Management System

# Inmate Request

**Today's Date:** 3/14/23 13:40

**Name:** GLENN, CHARLES
**Booking #:** NH-0006442
**Permanent #:** 00-07377

**Reference #:** 20-00000000105271
**Date Requested:** 11/02/20 10:13
**Request Type:** Phone Support
**Requested By:** Tablet / Flex Link

**Request Details:** Charles glenn " 71763 Can you please add this as a confidential line # 732 318 4455 This is a legal call seton to hall law school with attorney .. David white..thank you!

**Disposition:** Closed
**Officer:**
**Disposition Date:**

**Request Responses**

| Date | Author | Note |
|---|---|---|
| 11/03/20 08:06 | Ahosle | This number is not showing up as an attorney's number therefor I cannot add it to the system. |

OMS Offender Management System

# Inmate Request

Today's Date: 3/14/23 13:40

**Name:** GLENN, CHARLES
**Booking #:** NH-0006442
**Permanent #:** 00-07377

**Reference #:** 20-00000000107024
**Date Requested:** 11/18/20 16:05
**Request Type:** Phone Support
**Requested By:** Tablet / Flex Link

**Request Details:** Charles glenn 71763 Can you please clear my call list . I need to add new numbers. Thanks

**Disposition:** Closed
**Officer:**
**Disposition Date:**

**Request Responses**

| Date | Author | Note |
|---|---|---|
| 11/19/20 10:40 | lstone | Cleared call list. |

OMS Offender Management System

# Inmate Request

**Today's Date:** 3/14/23 13:40

**Name:** GLENN, CHARLES
**Booking #:** NH-0006442
**Permanent #:** 00-07377

**Reference #:** 20-00000000107025
**Date Requested:** 11/18/20 16:07
**Request Type:** Phone Support
**Requested By:** Tablet / Flex Link

**Request Details:** Charles glenn Please add my attorneys number to my list. Cyrus rilee 603 657 8060 603 232 8234. Thank you.

**Disposition:** Closed
**Officer:**
**Disposition Date:**

**Request Responses**

| Date | Author | Note |
|---|---|---|
| 11/19/20 10:57 | lstone | They are both on your list. I was able to confirm 603 232 8234 and mark it as an attorney number but I am waiting on confirmation of the other number before I can note that one appropriately. |

OMS Offender Management System

# Inmate Request

**Today's Date:** 3/14/23 13:40

| | |
|---|---|
| **Name:** | **GLENN, CHARLES** |
| **Booking #:** | **NH-0006442** |
| **Permanent #:** | **00-07377** |
| **Reference #:** | 20-00000000107641 |
| **Date Requested:** | 11/24/20 15:59 |
| **Request Type:** | Phone Support |
| **Requested By:** | Tablet / Flex Link |
| **Request Details:** | Cyrus rilee is my attorney please place put his cell number on my list 603- 657-8060.. I asked a week ago. And still is its not on my list. Thank you. |
| **Disposition:** | Closed |
| **Officer:** | |
| **Disposition Date:** | |

**Request Responses**

| Date | Author | Note |
|---|---|---|
| 11/25/20 08:33 | Ahosle | This number is not coming up as a listed attorney. |

OMS Offender Management System

# Inmate Request

**Today's Date:** 3/14/23 13:40

| | |
|---|---|
| **Name:** | **GLENN, CHARLES** |
| **Booking #:** | **NH-0006442** |
| **Permanent #:** | **00-07377** |
| **Reference #:** | 20-00000000107642 |
| **Date Requested:** | 11/24/20 16:03 |
| **Request Type:** | Phone Support |
| **Requested By:** | Tablet / Flex Link |
| **Request Details:** | Can you place , David white and kaytlye bryant number on my call list there seton hall law, 732-318-4455. I have tryed for a couple weeks now to no avail Thank you |
| **Disposition:** | Closed |
| **Officer:** | |
| **Disposition Date:** | |

**Request Responses**

| Date | Author | Note |
|---|---|---|
| 11/25/20 08:37 | Ahosle | I have a list of approved attorneys and this number is not on the list. I cannot add it |

OMS Offender Management System

# Inmate Request

**Today's Date:** 3/14/23 13:40

**Name:** GLENN, CHARLES
**Booking #:** NH-0006442
**Permanent #:** 00-07377

**Reference #:** 20-00000000107824
**Date Requested:** 11/26/20 15:47
**Request Type:** Phone Support
**Requested By:** Tablet / Flex Link

**Request Details:** Hello.i keep submitting attorney numbers and you keep denying to add them , infringing on my confidential communication with my attorneys. You have there listed public numbers youve approved them. can you call them and confirm this number cyrs rilee 603 - 657- 8060. Or call his otjer number to confirm at 603-232-8234

**Disposition:** Closed
**Officer:**
**Disposition Date:**

**Request Responses**

| Date | Author | Note |
|---|---|---|
| 11/30/20 11:48 | lstone | I don't think that those are the facts as I remember them but here goes again. 6036578060 is not a phone number that Atty Riley wishes to discuss legal issues over. He was talked to in person by NHSP Investigations and that is the way he wants it. 6032328234 has been validated as a number he wishes to have these conversations on and it has been on your call list as a privelidged private phone number for some time now. |

OMS Offender Management System

# Inmate Request

**Today's Date:** 3/14/23 13:40

**Name:** GLENN, CHARLES
**Booking #:** NH-0006442
**Permanent #:** 00-07377

**Reference #:** 20-00000000107828
**Date Requested:** 11/26/20 16:06
**Request Type:** Phone Support
**Requested By:** Tablet / Flex Link

**Request Details:** Can you please add this number to my attorney list, seton hall law The number is 732- 318-4455 david white or katlyn bryant. You can call and confirm the number and have them give credentials. Email fax etc. I need the number added to my list ive tryed to have it added for weeks to no avail. Also counselor Hadley was in contact with the attorney white and his program and knows this is a legal program number . please talk to hadley. He will clarify! Thank you.

**Disposition:** Closed
**Officer:**
**Disposition Date:**

**Request Responses**

| Date | Author | Note |
|---|---|---|
| 11/30/20 11:53 | lstone | This phone number is not a law office nor an attorney's phone number. Investigations has confirmed that as well. Although it is on your list and has been used. |