No. 1:16-cv-00006-JD

FILED - USDC-NH
2020 SEP 2 PM 12:56

Dear Clerk-

8/31/2020

I sent you several Hand written motion's.. motion To stay, motion To vacate order to withdrawl, motion for station of Counsel "motion To Not Seal" Any of my Filing's..

In my motion To Not Seal Amongst the other's I speak on Racial Desparity, And How Contract Attorney's "under Represent" Black's And the minority Class.. And Disporportunatly withdraw from Black's And latino Case's without Reason or a "Record of merit" At time's taking money they have not provided work for.. Criminaly And Civily how Some Attorneys In New Hampshire Just Don't like Representing Black's And the minority Class.. leaving them to Rely opoun the over Burdend Public Defender's program. And while the Public Defender's program Represent black's And the minority Class, Contract Attorney's Vet out wich Case's there willing to take Pro-Bono, Disporportunatly under Representing Black's And the minority Class.. Becouse the minority Class Depend's Heavily on the Public Defender's program who have less Resources. And are over burdend this Create's Corrosion In the Criminal Justice System. When the's Phantom Conflicts occure this Drasticly Change's Strategy.. violate's time line's.. And Pushes Down on one's Plight for freedom and Justice..

For Some Reason You have Refused to put my filings up on "Pacer" I Called You today And You Said the Judge told me Not to Put them up.. And that the Judge "Sealed my filing's"

Now Ive looked on Pacer, And At the very least Would be An ORDER to Seal, There Is None..

Clerk...

Kelly Otti's Have You Not Put my filing's up to Hide Racial InJustice In New Hampshire?

I Specificly filed A motion to Wave Any priveledge "because It's mine to Wave", And to Specificly Not Seal my filing's, If the Attorney Robin D. melone Did Nothing wrong, Why ARE You Attempting to hide It from the Public?

So Were Clear..

I Want my filing's on "Pacer" So the public Can See What's Going on,

I was the Client, If You think there's A priveledge Issue "I Wave that"..

If Robin D. melone Has An Issue with my filing's She Can object, We Can Crunch Number's, I'll Ask the Judge to Do An In Camera Review of All Her Withdrawl's And Phantom Conflict's, And You'll find She's Supporting Racial Bias In New Hampshire..

It is becoming Clear that unless Someone is Going to Take the Time to Actually BRING light to this matter, And let me prove "there Was No Conflict" It Was All a lie Told to the Court..

Let me Produce, RECORDED Phone Calls, Text messages, E-mails, Etc..

I Got Played for 5 thousand dollars,
the Court Got Played as well..

Robin D. melone being An officer of the Court knowingly lie'd, filed a motion lying.
And Has filed that Same motion a Dozen times to a Dozen N.H. minority's..

It's beyond me that a Vague "Irreperable Breakdown" without explenation Gets An Attorney who made thousands, five from me, And I'm Guessing about SAME from the Court. Yet didn't Even file the Exhausted Issues In the 2254.
In Essence Did Nothing!!
She Victimize's minority's..
I'll Speak up, because I No How!!!

CC. Black live's matter.
CC. InJustice watch.
CC. Inmate's Got Rights
CC. U.S District Court
District of Appeals (1st Circut)
CC. Dept of Justice.
CC. N.H. Governor Sununu.
CC. YouTube.Com
CC. Facebook.Com
CC. A.C.L.U Joseph Lascase JORDAN THOMPSON.
CC. NAACP

Sign Charles Glenn

Charles Glenn
PO Box 14
CONCORD, N.H.
03301

Charles Glenn
71767
PO Box 14
Concord, N.H.
03301

01 SEP 2020 PM 1 1

PURPLE HEART
FOREVER USA
2019

U.S District Court
55 Pleasant St
Concord, N.H. 03301

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."

03301-394135