UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Case No. 23-cr-112-01-PB

Charles Glenn

ORDER

The court hereby continues the trial presently scheduled for September 16, 2025. A continuance of the trial is required to permit the court to evaluate the defendant's competency to stand trial. Final Pretrial Conference is rescheduled to November 17, 2025 at 2:00 p.m. Trial is continued to the two-week period beginning December 2, 2025, 9:30 a.m.

The court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

By the Court,

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: September 5, 2025

cc: U.S. Marshal
    U.S. Probation